BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JOSEPH LANGKAMER, PA Bar No. 208286
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2212
Joseph.Langkamer@ssa.gov
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TRAHANN LAMONT SMITH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FRANK BISIGNANO<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:25-cv-00704-PVC<br><br><br><br><br><br>JUDGMENT OF REMAND |

　　　The Court having approved the parties' Stipulation to Remand for Further Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

1  above-captioned action is remanded to the Commissioner of Social Security for
2  further proceedings consistent with the Stipulation to Remand.

4  DATED: 6/24/25

                      HON. PEDRO V. CASTILLO
                      UNITED STATES MAGISTRATE JUDGE